# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

ROVER PIPELINE LLC,

    *Plaintiff(s)*

v.

Rover Tract No(s)WV-DO-SHB-009,972-TAR-1

    *Defendant(s)*

Civil Action No.  1:18CV89

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: The Court grant's Plaintiff's Motion for Summary Judgment as to Just Compensation to Remaining Defendants; enters judgment for $1.00 in favor of the Other Interest Owners and Unknown Owners.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  John Preston Bailey

Date: April 19, 2021

*CLERK OF COURT*
Cheryl Dean Riley
by: J. Schoonover

*Signature of Clerk or Deputy Clerk*